UNITED STATES DISTRICT COURT
~~NORTHERN DISTRICT OF NEW YORK~~
EASTERN DISTRICT OF CALIFORNIA

JOHNSON, K         Plaintiff(s)

vs.

UNITED STATES (FBI)    Defendant(s)

FILED
APR 28 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Civil Case No.:

**BIVENS ACTION**

2:22 cv 0727 TLN CKD (PS)

Plaintiff(s) demand(s) a trial by: ☑ JURY  ☐ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action brought pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971). The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 2201.

## PARTIES

2. a. Plaintiff: Kevin B Johnson

   Address: 3053 Freeport Blvd Ste 116

   Sacramento, California 95818

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: _____

   Official Position: _____

   Address: _____

b. Defendant: __United states(FBI)__

Official Position: __Unknown__

Address: __2001 Freedom Wy__

__Roseville, Ca  95678__

_____

c. Defendant: _____

Official Position: _____

Address: _____

_____

_____

Additional Defendants may be added on a separate sheet of paper.

4. **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

**Note:  You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.**  (You may use additional sheets as necessary).

This is just the continuation of the FBI's abuse of authority and has very little to do with

a crime I committed. This is racism coupled with their immunity and they attack me with

unlawful tactics, clealy care nothing about my privacy.  Law states the FBI is suppose t

protect the integrity of the investigation and the privacy of the subject.  They have done

none of that, only thing they have done is to continue to lie to destroy my reputation an

now their next step in abuse, which is plainly criminal is  to give me info to gangstalker

5.                                      **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

Unknown agent(s) incited OGS to target me, stalk and invade my privacy. This is the mentality of the FBI, any thing illegal they will do becasue its not about a crime its abou[t] ruining my reputation, destroying my business and all sort of other disruptive strategies and this is the main reason i say this current FBI is not fit to do what the FBI is suppos[ed] to do. Donald Trump had it right when it came to the FBI.

### SECOND CAUSE OF ACTION

Intentionally from day one violate my rights as if they dont exist. This Judiciary seems TO WANT citizens to be law abiding but wont stand up for the citizens right, this is now how the constitution and the rule of law says how things are to be. I can see this country losing the rule of law and then we will see an end to peace in this country, maybe forever.

I PRAY FOR MY RIGHTS TO BE UPHELD TO GIVE DEMOCRACY A CHANCE

### THIRD CAUSE OF ACTION

6. **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

Monetary relief to be determined later.  Plus a cease and desist order for the FBI to no

touch, look or feel of anything thats Kevin B Johnson.  All family members the FBI

is to not contact or do any disruptive actions, no retaliation at all.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _____4/28/22_____

Kevin B Johnson

*Kevin B Johnson*
Signature of Plaintiff(s)
(all Plaintiffs must sign)