SEND ORIGINAL TO RETURN MAIL

CURRENT ADDRESS

ALL CORRESPONDENCE IF POSSIBLE SEND COPY TO -MAIN

1. KEVIN B JOHNSON       C.C. TO: KEVIN JOHNSON
2. 140 A TONY DIAZ DR         3053 FREEPORT BLVD #116
3. WOODLAND, CA 95776        SAC, CA 95818

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT of CALIFORNIA

JOHNSON, K
  PLAINTIFF

Vs

UNITED STATES (FBI)
  DEFENDANT

CASE # 2:22-0727 TLN CKD
0707-01 } WILL ARRIVE TO VERIFY CASE #

JURY TRIAL  YES

**FILED**
JUN 16 2022

### MOTION TO PRESERVE THE EVIDENCE + CRIME SCENE

Now comes the Plaintiff, Kevin B. Johnson, in this Bivens action, asking & praying, that your Honor preserve the evidence & crime scene since they are preservable & about to be destroyed.

(1)

1. The evidence in this Bivens action is my
2. 2019 Nissan Sentra, which is also the crime scene
3. since illegal GPS devices may have been attached
4. to it by the public. Since FBI agents, acting
5. outside their duty as agents, as a civilian and gave
6. the information that only an agent is privy to + using his/her
7. investigative authority to gather info on me +
8. divulge it to the public. Also may have given the
9. public the same tracking ability an agent has
10. to incite + be the cause of the malicious stalking
11. + malicious invasion of solitude I have been afflicted
12. with for over 2 yrs.
13.    This is only a little bit of the outrageous
14. misconduct of agents that I provide, there is more
15. to be revealed. Since their (FBI) retaliation is in
16. full stride, I'm incarcerated, 2nd time this year,
17. by being targeted by police + their illegal stops
18. that violate my 4th + 14th Amendment rights while also
19. violating my 2nd Amendment right of gun ownership
20. + arresting me for unregister firearm that a result
21. of California DOJ employees influenced by the
22. FBI to play games + violate my right to gun
23. ownership.
24.    Me carrying my firearm is a result of Duress
25. created by this malicious stalking + malicous

(2)

1  INVASION OF SOLITUDE BY THE PUBLIC & I BELIEVE INCITED
2  BY LAW ENFORCEMENT. I'AM IF FEAR OF MY LIFE BY THESE
3  UNKNOWN INVADERS AS I DRIVE MY CAR (WHICH IS ALSO MY
4  HOME DUE TO ECONOMIC HARDSHIP CREATED BY THE FEDS).
5  CAN YOU IMAGINE HOW UNCOMFORTABLE & FEARFUL I'AM
6  WHEN I TRY TO GET SOME SLEEP. I CAN NOT SLEEP
7  WHICH IS WHY I DRIVE SO MUCH UNTIL I FIND A
8  PLACE FAR OUTSIDE CITY AREAS THAT I FEEL
9  COMFORTABLE ENOUGH TO SLEEP & I SLEEP FOR
10 VERY SHORT PERIODS OF TIME.
11 * LAW STATES: NO CITIZEN SHALL TRACK ANOTHER
12 CITIZEN FOR THE PURPOSE OF INTECEPTION.
13    THE GPS SYSTEM ON MY CAR, THE ILLEGALLY PLACED
14 GPS TRACKING DEVICES PLACED ON MY CAR BY THE PUBLIC,
15 THE TRACKING OF MY IPHONE, BLUE IPHONE, BLUE COMPUTER
16 & CHROME BOOK ALL OF WHICH SIT IN THE WOODLAND
17 POLICE INPOUND ARE ALL THE EVIDENCE IN THIS CASE &
18 MY CAR (2015 NISSAN SENTRA) IS A CRIME SCENE.
19    I PRAY YOUR HONOR WILL PRESERVE MY CAR THE
20 WOODLAND INPOUND WILL ONLY KEEP MY CAR UNTIL
21 JUNE 23, 2022. MY CAR IS A CRIME SCENE & MY BLUE IPHONE,
22 BLUE COMPUTER, FLASH DRIVE IN THE CONSOLE & CHROMEBOOK ARE
23 ALL EVIDENCE TO THIS CASE. ALL FROM HAVING PRIOR CONVER-
24 SATION WITH POLICE TWO TRUCK PERSONNE THEY INDICATE THAT
25 THAT LAW ENFORCEMENT ON OCCASIONS REMOVE ITEMS & SOMETIMES
   ADD ITEM TO CARS IN STORAGE - THAT CONCERNS ME, (3)

1. MATTER OF FACT THIS HIGHLY CONCERNS. SO THIS MOTION
2. IS MADE ON THE GROUND THAT MY EVIDENCE & CRIME
3. SCENE ARE PRESERVABLE & IMMENSLY RELATED & CONSISTENT
4. WITH WHAT I SAY & MY THEORY OF THE CASE. I PRAY
5. YOUR HONOR WILL PURSUE JUSTICE & DEMOCRACY BY
6. PRESERVING THE EVIDENCE & CRIME SCENE,
7.   ALS ANY PROSECUTION ATTEMPT BY FED OR LOCALS
8. RELATING TO THIS ISSUE;
9.   <u>SHOCK THE CONSCIENCE STANDARD</u>
10. In <u>Rochin V. California</u>, 342 U.S. 165, 166, 72 S. Ct.
11. 205, 96 L. Ed. 183 (1952), the high court held that
12. convictions obtained by government actions which "shock
13. the conscience" violated the federal Due Process Clause.
14. Decisions of the Supreme Court emphasize that extreme
15. government conduct is required under Rochin to satisfy
16. the "Shock the conscience" standard for a violation of substantive
17. due process. (SEE, e.g., U.S. v Salerno, 481 U.S. 739, 746, 107 S.
18. Ct. 2095, 95 L. Ed. 2d 697 (1987) (substantive due process
19. prevents governmental behavior that is conscience shocking
20. or interferes with rights implicit in concept of ordered
21. liberty); Breithaupt v. Abram, 352 U.S. 432, 435, 77
22. S. Ct. 408, 1 L. Ed. 2d 448 (1957) (conduct must be
23. "so 'brutal' and 'offensive'" that it did not comport with
24. traditional ideas of fair play decency").)
25.

(4)

☆ I SHOULD BE GIVEN A MEDAL OF HONOR FOR THE RESTRAINT I'VE SHOWN WHILE UNDER IMMENSE DURESS AND FEAR FOR MY LIFE. NOT ONCE DID I BRANDISH MY FIRE ARM, POINT IT AT ANY INVADER, WHILE THEY DID NOT SHOW ME THE SAME RESPECT & BRANDISH GUN AS I SPOKE TO THEM ABOUT THEIR ~~ILLEGAL~~ ILLEGAL MALICIOUS ACTIONS. EVIDENCE WILL PROVE THIS (5a)

CALIFORNIA STANDARD

1. In People v. Smith, 31 Cal. 4th 1207, 7 Cal. Rptr. 3d 589, 80
2. P. 3d 662 (2003) the court stated the prerequisites for a
3. finding of outrageous government conduct (1) weather
4. law enforcement manufactured a crime that otherwise would
5. not likely have occurred, or merely involved themselves in
6. an ongoing criminal activity, (2) weather law enforcement
7. officers themselves engaged in criminal or improper conduct
8. repugnant to a sense of justice, (3) weather the defendants
9. reluctance to commit the crime is overcome by appeals to
10. humanitarian instincts such as sympathy or past friendship,
11. by temptation of exorbitant gain, or by persistent
12. solicitation in the face of unwillingness; and (4)
13. whether the record reveals simply a desire to
14. obtain a conviction with no motive is to prevent
15. further crime or protect the populace
16.
17.    The California "cases where courts have concluded th
18. Governments + locals Police conduct barred pro-
19. secution because it was so outrageous have in-
20. volved situations where the government + local Police
21. interfered with a defendants right to effective
22. counsel or created, encouraged, and condoned lengthy
23. unlawful activity.
24.    I bring these point to the attention of Your
25. Honor because I believe law enforcement intentionally

6

1  gave the public information that only the FBI
2  is privy too & thus if there is an investigation
3  in progress, which I refer to as search &
4  destroy mission, this an example of misconduct
5  & proof the FBI is not protecting the integrity
6  of the investigation - properly coined "Search &
7  Destroy mission", in my case. So the FBI is
8  now officially in the business of attacking Americans.
9  This MOTION IS BASED ON THE FACT THAT I'M
10 AFFLICTED WITH MASSIVE MALICIOUS STALKING &
11 MALICIOUS INVASION of SOLITUDE INCITED BY FBI
12 or LOCAL LAW ENFORCEMENT. SO THE GPS SYSTEM
13 WILL REVEAL THE MASSIVE MALICIOUS ACT THAT
14 HAVE ME FEARING IMMENENT THREAT + DEATH FOR WHAT IS THE
15 PURPOSE OF THEIR WILLINGNESS TO BREAK THE LAW ALSO
16 I HAVE HAD GUN PULLED ON ME or BRANDISHED WHEN
17 I APPROACHED THESE INVADERS & MY BLUE IPHONE HAS
18 ALL THE PROOF BUT IT'S IN THE POLICE IMPOUND & THATS
19 THE GROUNDS OF THIS MOTION, TO PRESERVE THE EVIDENCE
20 & CRIME SCENE SINCE THEY'RE PRESERVABLE. MY CAR
21 IS A CRIME SCENE. STALKING IS A MAJOR PROBLEM
22 & SOME HAVE LINKED IT TO MASS SHOOTINGS. WHY DO
23 PEOPLE HAVE TO DIE BEFORE PROPER OBJECTIVE ACTION
24 IS TAKEN.
25
26

7

1. THIS STALKING HAS ME FEARING DEATH EVERYDAY. ITS
2. POSSIBLE I'VE BEEN PUT ON THAT BLACK LIST OF O.G.S. (OR-
3. GANIZED GANG STALKING). THE PHONE CALLS I GET 4 or 5 TIMES
4. A DAY + NOONE SAYS ANYTHING WHEN I ANSWER THE PHONE,
5. THE DRONES FLYING BELOW THE 30FT LIMIT SET BY THE
6. FCC. THE PUBLIC PLACING ILLEGAL TRACKING DEVICES
7. ON MY CAR. I AM BEING DEPRIVED R.E.M. SLEEP BECAUSE
8. I HAVE TO KEEP MOVING SINCE I LIVE IN MY CAR, TO
9. GET AWAY FROM THE MALICIOUS INTRUDERS. THIS IS
10. ALSO WHY I CARRY MY WEAPON + HAVE A LEGAL RIGHT
11. TO ALTHOUGH THEY HAVE VIOLATED MY 2nd AMENDMENT
12. RIGHT BY NOT TELLING ME WHY THEY DENIED
13. MY GUN PURCHASE BECAUSE THERE WAS NO REASON
14. TO DENY IT PRIOR TO THESE RECENT GUN CHANGES.
15.    THIS IS THE OUTRAGEOUS CONDUCT I SUFFER
16. FROM. I PRAY YOUR HONOR PRESERVES THE CRIME
17. SCENE. MY CAR IS IN THE WOODLAND POLICE or
18. SHERIT or HWY PATROL INPOUND. THEY WILL GET
19. RID OF MY CAR ON JUNE 23rd, 22. SO, I PRAY
20. YOUR HONOR MOVES ON THIS PRESERVATION of JUSTICE.
21. MY CAR IS A 2019 NISSAN SENTRA, SILVER IN COLOR
22. I BELEEVE I MAY HAVE $1000.00 for THE FEE'S BUT
23. NOT MUCH MONEY. IF PAYMENT ARRANGEMENTS CAN BE MADE
24. FOR ANYTHING OVER $1000.00 DOLLARS THAT WOULD BE APPRECIATED
25.

8    6/11/22
Kevin B Johnson