UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN B. JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES (FBI)<br><br>Defendant. | No. 2:22-cv-00727-TLN-CKD<br><br><br><br>**ORDER** |

    This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On June 30, 2022, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 10.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 11.)

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 30, 2022, (ECF No. 10), are adopted in full;

2. This action is DISMISSED without leave to amend for failure to state a claim and lack of subject matter jurisdiction; and

3. The Clerk of the Court is directed to close this case.

**DATED: July 22, 2022**

Troy L. Nunley
United States District Judge