UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BENET JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES (FBI),<br><br>  Defendant. | No. 2:22-cv-0727-TLN-CKD PS<br><br><br><br>ORDER |

This civil rights action was closed on July 25, 2022. (See ECF No. 14.) After the closing date, plaintiff filed supplemental objections to the June 30, 2022 findings and recommendations and a motion styled as a motion for emergency relief. (See ECF Nos. 15, 16.)

Plaintiff is advised that documents filed by plaintiff after the closing date will be disregarded and that no orders will issue in response to future filings in this case.

Dated: August 2, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Johnson22cv727.28

1